**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEILSON C. CONOVER,

    Plaintiff,

v.

FRATERNAL ORDER OF MASONS AND ASSOCIATES,

    Defendant.

_____/

No. C 04-03915 JSW

**ORDER DENYING MOTION FOR RECONSIDERATION**

    Now before the Court is the motion for reconsideration filed by pro se Plaintiff Neilson C. Conover.[1] Plaintiff requests reconsideration of the Court order issued on November 10, 2004 denying his request for appointment of counsel, denying his application to proceed *in forma pauperis*, and dismissing his complaint with leave to amend. The Court found that there were insufficient facts in the complaint to make out a cognizable claim at the time, and afforded Plaintiff thirty days, or no later than October 29, 2004, to amend his complaint to set forth some factual basis to support a claim with federal jurisdiction. Having failed to amend his complaint, the suit was dismissed.

    The Court Plaintiff's motion for reconsideration filed on February 8, 2006 which requests that the Court accept Plaintiff's allegations that Defendants "were responsible for stalking, intent to stalk, and conspiracy to stalk . . [which has caused Plaintiff] great pain suffering, guilt and fear." Plaintiff also alleges that Defendants may have known about his federal filings and intended to violate his civil rights. He further requests information be

---

[1] Although Plaintiff should have moved the Court for leave to file a motion for reconsideration, because Plaintiff appears pro se, the Court will overlook this strict procedural requirement. Civil L. R. 7-9(a).

subpoenaed from "United States Intelligence for the Court's review." Having carefully reviewed Plaintiff's submission and considered the relevant legal authority, and good cause appearing, the Court hereby DENIES Plaintiff's motion for reconsideration.

Plaintiff has not demonstrated that there is a material difference in fact or law which should alter the analysis of this Court's order of dismissal dated November 10, 2004. Civil L.R. 7-9(b)(1). Similarly, Plaintiff has not demonstrated the emergence of new material facts or a change in law occurring after the time of the Court's order. Civil L.R. 7-9(b)(2). Lastly, Plaintiff has not offered any evidence of "manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court." Civil L. R. 7-9(b)(3). Therefore, the Court DENIES Plaintiff's motion for reconsideration.

**IT IS SO ORDERED.**

Dated: February 14, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE